**Opinion issued November 15, 2016**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-16-00619-CR

————————————

**ALFONSO DAMON MALONE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the County Criminal Court at Law No. 8**
**Harris County, Texas**
**Trial Court Case No. 1899612**

---

## MEMORANDUM OPINION

This appeal is from a trial court judgment signed on December 6, 2013. Our court decided the appeal of that judgment on April 23, 2015 in appellate cause number 01-14-00054-CR; our court's mandate issued on February 26, 2016.

On July 12, 2016, the Harris County District Clerk assigned a duplicate cause number to this case in error. The Harris County District Clerk has confirmed by affidavit filed with the court that the assignment of the second cause was in error. After being notified that the appeal was subject to dismissal as incorrectly docketed, appellant did not respond. Accordingly, we dismiss the appeal in this cause number.

**PER CURIAM**

Panel consists of Justices Bland, Massengale, and Lloyd.

Do not publish. TEX. R. APP. P. 47.2(b).